1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   JUSTIN PETRY
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  Case No. 2:11-mj-0095 DAD
                                    )
11          Plaintiff,              )  **APPLICATION AND ORDER FOR**
                                    )  **TRANSPORTATION AND SUBSISTENCE**
12    v.                            )  **PURSUANT TO 18 U.S.C. § 4285**
                                    )
13 JUSTIN PETRY,                    )
                                    )
14          Defendant.              )  Judge: Hon. Dale A. Drozd
                                    )
15 _____  )

16

17       Defendant JUSTIN PETRY hereby requests an order for

18 transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

19       Mr. Petry cannot afford transportation to his arraignment in the

20 Southern District of West Virginia, on April 19, 2011, in Beckley, West

21 Virginia, or the return to his residence in Vacaville, California.

22 DATED: April 12, 2011             Respectfully submitted,

23                                   DANIEL J. BRODERICK
                                     Federal Defender
24
                                     /s/ M.Petrik
25                                   _____
                                     MICHEL PETRIK, JR.
26                                   Attorney for Defendant
                                     JUSTIN PETRY
27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN PETRY,<br><br>　　　　Defendant.<br>_____ | Case No. 2:11-mj-0095 DAD<br><br>**ORDER FOR TRANSPORTATION AND SUBSISTENCE** |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

　　　This is to authorize and direct you to furnish the above named defendant, JUSTIN PETRY, with transportation and subsistence expenses for travel to his arraignment in Beckley, West Virginia in the Southern District of West Virginia on April 19, 2011 at 10:30 a.m.  Mr. Petry will also need return transportation back to his residence in Vacaville, California.  The United States Marshal shall furnish Mr. Petry with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  4-13, 2011

_____
United States Magistrate Judge

2